UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ANGEL GONZALEZ,

           Plaintiff,

-against-

THE CITY OF NEW YORK, New York City Police Department Officer ("P.O.") CHRISTOPHER DISILVESTRE (Shield #10285), P.O. AUSTIN MURREL (Shield #11434), P.O. JEAN LEOCADIO (Shield #5460), P.O. SHANEL MANLEY (Shield #12079), in their individual capacities,

           Defendant.
------------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

16-CV-5897

  **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

  1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       March 15, 2017

RANKIN & TAYLOR
*Attorneys for Plaintiff*
11 Park Place, Suite 914
New York, New York 10007
212-226-4507

By: _____
   Gillian Cassell-Stiga
   *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York, Disilvestre, Murrell, Manley, and Leocadio*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
   Jorge Marquez
   *Assistant Corporation*

SO ORDERED:

_____
HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

Dated: March 15, 2017

2